UNITED STATES SECOND CIRCUIT  
UNITED STATES COURT OF APPEALS

DECEMBER 11, 2022

RECEIVED

2022 DEC 19 PM

CLERK'S OFFICE
U.S. COURT OF APPEALS

FROM: EDNY 14 cv 4063  
TO: 2nd Cir : 22 cv 1668

B L A K E     W I N G A T E  
                CLAIMANT AT LAW

against

THE CITY OF NEW YORK ET.AL.  
PERSONALLY AND CAPACITY OF OFFICE

---

To: OFFICE OF THE COURT REPORTER  
U.S. E.D. COURT  
225 CADMAN PLAZA EAST  
BROOKLYN NEW YORK  
11201

To: CASE MANAGER  
Hon: Jessica Mc Kenzie  
U.S. 2nd Circuit COURTHOUSE  
COURT OF APPEALS  
40 FOLEY SQUARE  
NEW YORK, NEW YORK  
10007

SEASONS GREETINGS :

        PLEASE TAKE NOTICE, the deponent is nervous . He is in a confused state and are seeking the coffer to find his legal minutes from hearings held in the EDNY Court in order to perfect his appeal before the 2nd circuit court. The deponent seeks the stenographic minutes from the following court dates of which were all his deemed voir dire at the E.D.N.Y. Between April 06 2022 and April 18 2022 . These are the dates.

April 06 , 2022  judge komitee

April 12, 2022  judgew komitee

April 14 , 2022    magistrate cho

April 18, 2022   magistrate cho.

        PLEASE TAKE FURTHER NOTICE THAT , the deponent needs to receive from his case manager a copy of entry ( 395 ) of which he never received in this case matter.

That the deponent also prays for the following relief as he cannot make any copies at 5 points as he is being unduly  harrassed and retaliated upon.

( 1 )

MOTION INFORMATION STATEMENT ( T-1080 - Local Rule 27.1 ) forms REV 12-19.
I need 5 forms please I was only served 1 form and I need to make one for my record, plus I completed the appeal without the record an d I have to attach the forms with each copy and have one for my record.

I cannot call the court at 212-857-3628 from the prison phone system and I way is deemed illegal. Thus my only cause are to write and pray the papers reach this court and boomerang back in time; The due date of this applicat -ion are December 22, 2022 as per the order; document entry 34 of case 22- 1668 ///  12-01-22 , 3429197, page 1 of 2.. NOTE our T-1080 are REV 10/31/02 these are unacceptable OUTDATED

In closing , after March 2021 the deponent was denied copy of all of his conferences as they addressed the theft of his legal papers and the courts intervention. I need to know how I may receive those transcripts as well. 28 USCA 1915 wass not complied to, their advice was incomplete Anders v California 386 U.S. 738 as the deponent did not receive the transcripts , and he is entitled the transcripts of conferences of his asa record.

In closing the deponent prays that you forgive his outbursts in the court on the 13th and 15th as he had no other means to preserve the record and he knew he was being taken for a ride. I understand the deponents letter is a letter and I placed it in motion form if this office and manager deemed it proper for court follow up.

Otherwise, please enjoy the SEASONAL GREETINGS and manifest days of holy prayer and adjustment and address the issues of the deponant and for such other and further relief as deemed to be just and proper. SEASONS GREETINGS

UNDER PENALTY OF PERJURY
28 USCA 1746   18 USCA 1001

c.c. file
  stenographer office
  case manager office

Always Faithful,
Blake Wingate  FBIUCN 935219IAO
  5073693   15A3206

( 2 )

## VERIFICATION

STATE OF NEW YORK
COUNTY OF S E N E C A

22-cv-1668 2nd circuit
14 cv 4063 EDNY

DECEMBER 12, 2022

I, Blake Wingate under penalty of perjury 28 USCA 1746 hereby declare depose and say THAT I have written and READ the foregoing and aforementioned request for stenographic minutes to the stenographer office, and request for T-2080 forms rev 12-13, and the motion filed under index 14cv4063 as docket number 395. That this was written by firsthand knowledge as true and correct, and none of which are based upon information and belief or that of which I believe to be true and correct. My deadline as filed are December 22 of 2022 (Y.O.O.L.) and I pray that I may receive a response before such due date.. I also printed the appeal without the requested records, and if I lose I will still need those papers for appeal to the U.S. SUPREME COURT.

Always Faithful

*[signature: Blake Wingate]*

BLAKE WINGATE
15A3206
FIVE POINTS C.F.
P.O. BOX 119
6600 STATE ROUTE 96
ROMULUS NEW YORK

14541

c.c. file

( 2 )

AFFIDAVIT OF SERVICE

State of New York )
County of Seneca )ss.: DECEMBER 12, 2022(Y.O.O.L.)

22-cv-1668 2nd circuit
14-cv-4053 EDNY

I, __Alako Wingate__, being duly sworn deposes and says:

1. That on __12/12/2022__, I did in fact place the designated copies of the following papers in the Mailbox at Five Points Corr. Fac.

    a. _____

    b. DUAL REQUEST FOR STENOGRAPHIC MINUTES    d. VERIFICATION

    c. DUAL REQUEST FOR FORMS UPDATED T-1080    e. Affidavit of service

    DUAL REQUEST FOR DOCKET

2. Said papers were addressed to the following parties:

**Original and Duplicate(s)**

CASE MANAGER Hon: Jessica Mc Kenzie

U.S. COURT OF APPEALS 2nd circuit

40 FOLEY SQUARE

N.Y., N.Y. 10007                              Copy

Copy

OFFICE OF COURT REPORTER

U.S. E.D.N.Y. COURT

225 Cadman Plaza East

Brooklyn, New York 11201

Very Truly Yours,

_[signature]_

Five Points Corr. Fac.
State Route 96, P.O. Box 119
Romulus, New York 14541

Sworn to before me this

__12__ day of __December__, 20__22__

_[signature]_

UNDER PENALTY OF PERJURY 28 USCA 1746
NOTARY PUBLIC

( 4 )

**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: _Blake Wingate_ DIN: _15A320X_ LOC: _9A L17_

Five Points Correctional Facility

neopost
12/13/2022
US POSTAGE $000.57⁰

FIRST-CLASS MAIL
ZIP 14541
041M11272007

Five Points Correctional
Facility
Legal Mail Only

Hon Jessica McKenzie
U.S. 2nd Circuit
Court of Appeals
Case Manager Clerk
c/o Foley Square
New York, New York

USMAIL
SDNY
#178