# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of January, two thousand twenty-three,

_____

Blake Wingate,

    Plaintiff - Appellant,

v.

City of New York, Correction Officer Wallace, No. 14135, Correction Officer Hall, Badge # 13815, R.N.D.C. Mailroom, Correction Officer Stanton, No. 12691, Correction Officer Delaphena, Badge # 9040, R.N.D.C. Mailroom, Warden Parrino, R.N.D.C., Deputy Warden Jennings, Warden Yolanda Canty, G.R.V.C., Mr. Smith, G.R.V.C., R.I.G.C. Clerk, R.I.G.C. Supervisor, Correction Officer Feaster, Shield # 9824, Correction Officer Burke, A.M.K.C. Mail Room, Deputy Mathews, G.R.M.C., Ms. Padmore, R.N.D.C. T.G.R.C. Grievance, O.B.C.C. Telephone Monitor, Correction Officer Caldwell, Correction Officer Greene, #15436, Mailroom A.M.K.C., Corporation Counsel of the City of New York, Department of Corrections, John and Jane Doe, All Program Captains for A.M.K.C., John and Jane Doe, All Programs Captains for O.B.C.C., John and Jane Doe, All Program Captains for G.R.V.C., John and Jane Doe, All Program Captains for R.N.D.C., Correction Officer S. Jenkins, # 14954, R.N.D.C. Law Library, Correction Officers O.B.C.C. Mail Clerks, Thomas Scully, Director of Rikers Island Central Cashier, Civilian Johnson, Mailroom Clerk, A.M.K.C., Burdick, #18861, R.N.D.C. Law Library, Correction Officer Brown, RNDC Gym / Programs, Assistant Chief of Division 3 Canty,

    Defendants - Appellees,

**ORDER**
Docket No. 22-1668

Correction Officer Smith, A.M.K.C. Mail Room,

    Defendant.

_____

    Appellant's/Appellee's Blake Wingate submission of a Motion to extend time, to receive transcripts does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

    IT IS HEREBY ORDERED that the said Motion to extend time, to receive transcripts is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court