UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __22cv1668___14cv4063EDNY__       Caption [use short title]

Motion for: __TRANSCRIPTS__
__ASSIGN COUNSEL // EXTENSION__

BLAKE WINGATE CLAIMANT AT LAW

__FOR FAIR APPEAL__

VS
CITY OF NEW YORK ET.AL.
DEFENDANTS

Set forth below precise, complete statement of relief sought:

TRANSCRIPTS FROM APRIL 06,12,14 & 18 ,2022

ASSIGN ASSTANCE OF COUNSEL FOR APPEAL

EXTENSION UNTIL TRANSCRIPTS ARE PRODUCED

SUBPOENA FOR TRANSCRIPTS ATTACHED

JUDGES STATEMENT W/ PROOF ATTACHED

2 AFFIDAVITS /VERIFICATION /CERTIFICATE/ ATTACHED

MOVING PARTY: __BLAKE WINGATE__     OPPOSING PARTY: __CORPORATION COUNSEL__

[ ] Plaintiff    [ ] Defendant

[XX] Appellant/Petitioner    [ ] Appellee/Respondent

MOVING ATTORNEY: __BLAKE WINGATE__    OPPOSING ATTORNEY: __JAMISON DAVIES__

[name of attorney, with firm, address, phone number and e-mail]

BLAKE WINGATE           JAMISON DAVIES

5 POINTS C.F. P.O. Box 119     100 CHURCH STREET

ROMULUS NEW YORK 14541     NEW YORK, NEW YORK 10007

Court- Judge/ Agency appealed from: EDNY KOMITEE / CHO

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[BW] Yes [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [BW] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [BW] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [BW] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [BW] No
Requested return date and explanation of emergency: I filed the appeal without the transcripts already without the transcripts or assistance of counsel and need the transcripts as the only evidence

Is oral argument on motion requested? [BW] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [BW] No If yes, enter date: _____

Signature of Moving Attorney:

_[signature]_ Date: Jan.24, 2023 Service by: [ ] CM/ECF [BW] Other [Attach proof of service]

( 19 )

Form T-1080 (rev.12-13)

UNITED STATES EASTERN DISTRICT COURT

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT OF NEW YORK

B L A K E     W I N G A T E
                CLAIMANT AT LAW

            AGAINST

CITY OF NEW YORK     ET.AL.

            DEFENDANTS

DC DOCKET   14 cv 4063
DC COURT EDNY BROOKLYN
DC JUDGE   KOMITEE
DC MAGISTRATE   CHO

January 20, 2023

Docket # 22 - 1668

1.   M O T I O N   T O   E X T E N D   T I M E

2.   MOTION TO RECEIVE TRANSCRIPTS OF VOIR DIRE ONLY

3.   M O T I O N   T O   A P P O I N T   C O U N S E L

STATE OF NEW YORK
COUNTY OF  S E N E C A

Blake Wingate duly affirmed, sworn under penalty of perjury in the U.S. OF
A. 28 USCA 1746 , 18 USCA 1001 ,18 USCA 1621 -1623 , Penal Law 210, Exodus
20:16 , 23: 1-9 Deutoronomy 5:20 and Surah 83 respectfully and with passion
hereby declares that he is not going to be continuously played with in his
search for justice. That this Court EDNY and The 2nd circuit have been mis-
handling this case since 2014 in theyear of our lord. Thus without further
addeu the deponent forwards his demands and if the courts continue to dis-
regard his rights then we can do this several other ways.

1. THE PEOPLES COURT BY PUBLIC OPINION.

2. THE UNITED STATES SUPREME COURT BY CERTIORURI AND REVIEW .

3. CRIMINAL COURT FOR THE CRIMES YOU HAVE COMMITTED IN THIS LITIGATION.

Think I'm playing , you'ld better think again.

The deponent herein is a victim of HUMAN TRAFFICKING and the requests in

this application are in relation to his direct appeal to the 2nd circuit

for the case of 14 cv 4063 in which 2 judges and 1 magistrate recused ..

THESE ARE MY DEMANDS.

( 1 )

The deponent seeks the following transcripts from the office of the court reporter, the office of the stenographer as there are not any indications the deponent will receive a fair appeal because the E.D.N.Y. has made it their duty not to issue copy of the transcripts to the deponent of whom are pro se , has no lawyer and is compelled to do his direct appeal with out a copy of the TRIAL VOIR DIRE records.

These are the TRIAL VOIR DIRE RECORDS deemed necessary:

A.   APRIL 06, 2022

B.   APRIL12, 2022

c.   APRIL 14,  2022

d.   APRIL 18,  2022

IT SHALL BE NOTED THE DEPONENT RECEIVED  APRIL 13, 2022 from Corporation Counsel when the deponent stripped the motion they issued on April 18,2022 and took the transcripts and returned the motion because he could not make an answer because he had no personal law library access at GREEN HAVEN..

This request is made in accordance to  Fed. R. App. P. 10(a)and 10(e)..
This is the    request for transcripts of which were made to the EDNY ,
The stenographers office, and the 2nd circuit. see DOCKET SHEET..

This concludes the request for transcripts for appeal

## R E Q U E S T    F O R    C O U N S E L

That the deponent Blake Wingate has made it all the way to trial  voir dire  on a pro se motion. The claim has been proven to have merit and he is entitled by the Constitutions and statutes of the U.S. and N.Y. to be assigned assistance of counsel. Had he of been appointed counsel he would not have been abused and harrassed in the trial court  as he was in EDNY. That the harrassment by Magistrate Judge Cho and Corporation Counsel are the cause of this appeal as the dponent does not run from oppression...

( 2 )

He does not cower to kidnappers, nor fear human traffickers. Thus the deponent makes this also final request for assigned assistance of counsel as deemed appropriate under the CONSTITUTION OF THE UNITED STATES AND OUR CONSTITUTION OF THE STATE OF NEW YORK assistance of counsel where I have the extreme right to defend in person A N D  WITH  COUNSEL..see People v Crampe and Wingate 17 NY3d 469 cert denied, People **v Baines 39 N.Y.3d 1**..James Murray v Todd Queeno 6:17-cv-06279 ,CUS- MWP DOCUMENT 53 (W.D.N.Y. March 02, 2020) 28 USCA 1915(e)(1) Hendricks v Coughlin 114 F3d 390, 392 (2d cir 1997) : William Belardo v Anthony ANNUCCI 2022wl16549135 (N.D.N.Y. Oct. 31, 2022) citing Cooper v A. Sargenti Co.,Inc 877 F.2d 172 (2d cir. 1989) ,,Mallard v U.S.D.C. 490 U.S. 296 @ 298 ( 1989 ) McEachin v McGuinnis 357 F3d 197, 205 ( 2d cir 2004 ).Floyd v Cosi 78 FS 3d 558 EDNY That the right to counsel for prisoners incarcerated especially any one of which are illegally incarcerated are tantamount tothe mandates issued in Lassiter v Dept, of Soc. Servs. of Durham COunty N.C. 452 U.S. 18 which also details the right to counsel when incarcerated. That the right to relief is mandated because the deponent is illegallyincarcerated and all of you are fully aware of it, and have been ducking the issue for 9 years. 18 USCA 1581-1597, 42 USCA 1997, 13th amendment..Any further harrassment from anyone opf you and I will personally prosecute you in any court I so choose. see: People v Vial 132 Misc.2d 5, People v Jackson 163 AD2d 489 In closing on the right to counsel in civil gideon cases, the deponent is tired of the misinterpretations, material misinformations, material alter-ations, material fraud against pro se litigants and will rock the mic on any of you that oppose me. MAKE SURE WE ARE CLEAR ON THESE ISSUES. You are a bunch of degenerate people whom have oppressed the deponent for a period surpassing the norm. I aint waiting 30 years to clear my name, and if you continue to misappropriate the laws of the country , then go get a tooth brush and some soap on a rope because you'll need it in the prison you go to.               ( 3 )

The genuine material facts in this case are exclusive: Had the deponent
not have been abused in the VOIR DIRE COURT by a clandestine plan by the
magistrate, corporation counsel and the clerk to deny him a fair and im-
partial trial there would have been no problems, but the deponent wasn't
in a CITY DETENTION CENTER OR HOLDING CENTER, HE WAS NOT ALLOWED HIS SAID
RIGHT TO LAW LIBRARY, OR RELIGIOUS SERVICES and the court was totally dis
respectful..Everytime the deponent spoke he was interrupted, an issue of
which not have occured if the deponent had assistance of counsel.
However, the deponent notified this court in the claim filed thathe has a
mental disease and defect, and one of them is he don't back down from no
one and will step to his business when you disrespect him, and thats why
h:@ told you to suck his dick. TO clear the record and preserve the said
violātions you were instrumenting against him by continuously interrupting
him    E V E R Y T I M E  he spoke.    see transcripts 4-13-22(Y.O.Q.L.)
In closing on the counsel issue, remember this...If you are in contempt,
before I am in contempt, then how can you dismiss my case when..its your
fault in the first⬚  place. second, if corporation counsel has been on a
case illegally for the 8-9 years its been pending, who'se gonna arrest
them   for their contempt.see..Donahue v Keeshan 91 AD 602.
The days when prisoners rights were violated in every court they went to
are over. Hurrell-Harring v STATE OF NEW YORK  112 AD3d 1213 et.seq.
Judge Taney got his bust destroyed for his decision in DRED SCOTT V SAN-
FORD  60 U.S. 393 ,19 HOW 393 and People v Quiroga -Puma 18 Misc.3d 1130
BLACK LIVES MATTER IN PRISON TOO , you should have known better.Any or
every violation of intimidation , restraint, harrassment are punishable
by 18 USCA 1514 et.seq.. so be ready to go to your own court case at a
theater near you..

( 4 )

In closing, the deponent is entitled to the relief sought : where he has been denied the jurist the CONSTITUTION DECLARES HE TO BE WORTHY see:ART. III:

>    THE JUDGES, BOTH OF THE SUPREME AND INFERIOR COURTS, SHALL HOLD THEIR OFFICES DURING GOOD B E H A V I O R, AND SHALL, AT STATED TIMES, RECEIVE FOR THEIR SERVICES, A COMPENSATION, WHICH SHALL BE NOT DIMINISHED DURING THEIR CONTINUANCE IN OFFICE.

Thus Unjust Enrichment is an issue when a corrupt person receives finance when that person acts in bad behavior in their tenure. Thus the deponent was correct in maintaining that the STOCK ACT of 2012 is pertinent in this matter , and I pray you all straighten out financial affairs because the public wants to see everything.. Liability of Jailers in Civil Action For False Imprisonment or arrest  32 Am.Jur.2d False Imprisonment sec. 38 and Judges have the mandate to release when they are suppossed to and not keep a person incarcerated because their feelings are hurt from being caught being a tyrant..  like in Pierce v Delamater 1 N.Y. 17 , People v Novak  30 NY3d 222.In re Murchinson   349 U.S. 133

Thus the deponent is entitled to his transcripts for the alotted records and his assignment of counsel for this is a stage of the prosecution of which is deemed as C R I T I C A L  see: McConnell v Rhay 393 U.S. 2

That the LIABILITY OF THE JUDGE, THE COURT, ADMINISTRATIVE OFFICE, OR OTHER CUSTODIAN OF PERSON FOR WHOSE RELEASE THE WRIT IS SOUGHT , IN CONNECTION WITH HABEAS CORPUS PROCEEDINGS  84 A.L.R. 807 shall not be ig-nored where the cpl art. 70 the habeas corpus and 42 usca 1983 are all to be deemed civil applications  and interchangable see . People ex.rel. And-erson v Warden NYC-CIFM 68 Misc2d 463 and no court can allow an illegal sentence to stand...AND YOU DID WITH PREJUDICE...People v Marshall 71 MISC 3d 1216(A) and People v Harvey 170 AD3d 1675.. Gen. Bus. L.sec. 218..

( 5 )

THat in closing the deponent is entitled to the assistance of counsel for his direct appeal from decision of the EDNY for their decisions in their Wingate v Greene 2022 wl 2708244 : Wingate v Burke 2022 wl 3362164 which includes 2014 wl 3747641 : 2014 wl 3747662 ; 2017 wl 3498698 : 2018 wl 3863439 : matters of which were also transferred from N.D.N.Y. ,W.D.N.Y. AND ASSOCIATED WITH S.D.N.Y. case Wingate v Gives 2009 wl 424359 : 2008 WL 5649089 : 2006 wl 680529 and thus the relief sought also entails yhe right to receive transcripts to protect the integrity of this case and the rightrs of the deponent on appeal based upon the fact he was subject to the patterns of misbehavior so abusive that caused 3 justices to be relieved sua-sponte and by grievance thereof for impropriety, disability & conflict of interests.

That such requests are mandated by the laws of the State of New York and in the United States Courts fopr such relief to perfect such appeal and that all applicastions of appeal and for appeasl be held in abeyance until this application has been fully resolved , and for such other and further relief as may be deemed just proper fundamental in the furtherance opf justice and in equity..Including Judge Vetting 229 F.2d 121.

W H E R E F O R E , the deponent , claimant at law , private attorney general Blake Wingate pro se / pro per hereby presents such request for the transcripts, and assistance of counsel for his direct appeal to the 2nd Circuit Court and delivers such to the EASTERN DISTRICT COURT CLERK FOR PROCESSING TO THE OFFICE OF THE STENOGRAPHER AND THIS COURTS AUTHORITY AS MANDATED WITH COPY TO THE 2nd CIRCUIT AND CORPORATION COUNSEL IN GOOD FAITH FOR THE RELIEF SOUGHT FED. R. APP. P. 10(a) and 10(e) and compulsory process , equal protections and fundamental due process and the 1st amendment 4th amendment rights to be secure with his papers of the Court for proper access to the Courts.

( 6 )

"That each set of moving papers were transcribed within the E.D.N.Y. from

April 06 2022 to April 18, 2022 in the year of our lord by the following

parties listed as stenographers of record in the Voir Dire proceedings":
 79 FORDHAM Law Review 99 THRANSCRIPTS INCLUDING VOIR DIRE TRANSCRIPTS

A.   DENISE PARISI RPR,CRR

B.   RIVKA TEICH  CSR ,RPR, RMR FCRR

C.   ANTHONY D. FRISOLONE  FAPR ,RDR, CRR, CRI

D.   DIAMOND REPORTING (877) 624-3287  info@diamondreporting.com

THAT ON THE APRIL XXX, 12th and 14th of 2022 (Y.O.O.L.) the sessions were
recorded and issued by the telephone service stenographer and Diamond re-
porting was the unit used in all other sessions prior to the VOIR DIRE it
is assumed this is the correct company that handled the telephone calls in
this matter during VOIR DIRE.

That on the 6th , 13th and 18th of APRIL 2022 (Y.O.O.L.) the case was heard
with live stenographers present in the court. IT APPEARS TO BE ONLY THESE
THREE B U T there could have been others as I am w/o copy and cannot ascer-
tain all of the facts. I will check my notes..

Due to an harrassment search in the unit the deponent is unable to identify

the 4th person.. UNIFORM JUSTICE COURT ACT at sec. 2019-a et. seq...

W H E R E F O R E This is the conclusion of part 1 of the application for

the relief of  stenographic transcripts , assigned counsel and the next one

is for the  extention due to lack of tangible records toperfect the appeal.


January 23, 2023
ROMULUS NEW YORK

SWORN TO AFFIRMED BEFORE ME THIS
23rd DAY OF JANUARY 2023 year of our lord

NOTARY  ZACHARY DEVIDOMSKY
Notary Public, State of New York
No. 01NE6347915
Qualified in Cayuga County
Commission Expires September 19, 2024

Always Faithful,

Blake Wingate
15A3206
Five Points C.F.
P.O. Box 119
6600 State Route 96
Romulus,New York
14541

( 7 )

UNITED STATES EASTERN DISTRICT
UNITED STATES SECOND CIRCUIT
UNITED STATES COURT OF APPEALS OF NEW YORK

B L A K E    W I N G A T E
                    CLAIMANT AT LAW

            AGAINST

CITY OF NEW YORK
            ET.AL.
                    DEFENDANTS

DC DOCKET  14 cv 4063
DC COURT EDNY BROOKLYN
DC JUDGE KOMITEE
DC MAGISTRATE JUDGE CHO

January 23, 2023

Docket #  22- 1668

state of new york
county of   S E N E C A

Blake Wingate duly affirmed and sworn under penalty of perjury  in the U.S.
OF A. and the State of New York under penalty of perjury in this 2nd part
of affidavits for relief in  his pro se direct appeal to the 2nd circuit
for case matter from the E.D.N.Y.  hereby adopts, repeats, reiterates each
and every statement made in part 1 thereof for the relief of assigned
counsel and transcripts ,: A N D he prays for the relief of extention of
time to perfect the perfected appeal solely based upon the lack of trans-
cripts and assistance of counsel to protect the integrity of the matter
before this Court, due to excessive graft, slight of hand, evil eye,
prejudice, racism involbved in this matter of which included the recusal
of 3 justices from the E.D.N.Y.  on this case alone with the assignment of
5 justices in-toto.

That the deponent filed a joint criminal/civil claim in 2014 and sought
relief of assigned counsel due to his mental health issues and the fact
in all of his civil matters he only took two matters to trial one of whic
were reduced to agreement and the other one hundred percent, and both of
which were with counsel.. All others were settlements or dismissed due to
the P.L.R.A.. w/o legal causae or merit as there were no hearings or any
evidentiary procedure.

( 8 )

The first case  which was settled was involved with 10 dismissals in the
S.D.N.Y. and reversed until trial was ordered and a settlement issued.
The counsel was  Steven Alan Hoffner
The case was  Wingate vs CHARLES KELTON ET.AL.
The second case which was ceased after trial and was a 1983 in the Bronx
Court was  Wingate vs CITY OF NEW YORK ( CAPTAIN HERNANDEZ )
The lawyer was the office of SIVIN AND MILLER.

The deponent has already filed his appeal without the transcripts in order
to be in compliance with the time constraints. However the deponent was
compelled to file the appeal without the transcripts of which are the only
evidence the case is in reference thereto.

That the Courts of Appeals have abandoned the right to counsel for indigent
parties  and allowing them to obtain required evidence to present in order
to outright prove their issue before the court. This is in essence an evil
where the court has adamently refused to produce the minutes to the 2nd cir.
and refused to issue the stenographic minutes to the deponent whom is the
only plaintiff and the only pro se litigant in the plaintiff class. Sandoval
v Rattikin 87 S.CT. 199 . All courts not only STATE COURTS M U S T afford
every litigant a "proper opportunity to present his evidence" 395 SW2d 889
385 U.S. 901 , 385 U.S. 964 , Saunders v Shaw 244 U.S. 317,319 cf.  Western
& Atl. R.Co.v Henderson 279 U.S. 639: Armstrong v Manzo 380 U.S. 545: Mullane
v Central Hanover Bank & Tr.Co 339 U.S. 306  Thus when the court causes the
default in an issue they must remedy the default..Santana v U.S. 385 U.S.848,
An error of the court shall prejudice no man Davidson v Ream 178 AD 362 ,97
Misc 89: 98 Misc  72 :  175 AD 760 nor any act of the court..If so then the
court must REMEDY  of which have they not to remedy then they shall be remo
-ved for life. CODE OF HAMMJURABI 5..Peonage cases 123 f 671 @ section 8..

( 9 )

The deponent has good cause for the extention of time as he is suffering
from intellectual challenges , has not received copy ofg the transcripts
but the court and the defendants have the copy thereof, he is the only one
being punished, he is in prison illegally, since the date of the dismissal
he was assaulted with a razor , The failure to issue trranscripts for a
payment to a person declared indigent and form,a pauperis status is an
abuse of discretion..Even the dept of education stopped colleges from  with
holding transcripts to poor students for the same reason...BUT the
courts in accordance to 28 USCA 1915 has always mandated the deponent to
be entitled to transcripts until Judge Komitee and Magistrate Cho refused
to intervene when the deponents property was stolen by agents of New York
city and state ..2021 N.Y. Senate Bill No 2773..
That the extent the deponent seeks his extension for service of the trans
-cripts must be granted in good faith as the court has totally discrimina
-ted against the deponent to receive the only evidence causing the dismis
-sal of the case.. The lack of transcripts are cause for extesion to let
the claimant at law provide evidence for his side of the story. Griffin v
Illinois 351 U.S. 12 note 1 dissent .
THis court has not acknowledged the receipt thereof and the case itself
has always been in reference to the agents of the STATE for ∬stealing the
deponents legal communications..
The court cannot participate in withholding evidence without being held
criminally liable for obstruction of justice and racism, discrimination
and BLACK CODE  vciolations SEE: Britt V North Carolina 404 U.S. 226 as a
equal protection the deponent M U S T  receive the transcripts (1) they
are the most valuable issue because the issue is of the proceedings. No
other record is deemed valuable then the transcripts fof which are being
interpreted by the court only one way. DRaper v State of Washington 372
U.S. 487.                           ( 10 )

Thus the extension are to protect the appeal as filed, not to add anything to the appeal except the facts identified in the appeal as filed. This shall not prejudice the corporation counsel one little bit maybe based upon their right not to be on the case in the firsty place  DONAHUE V KEESHAL  91 AD602..

W H E R E F O R E the deponent seeks the extension for the production of the transcripts to solidify his argument and place the transcripts on record, where the EDNY COURT has failed to issue the transcripts for review of the 2nd circu -it court, the prejudice from the past becomes todays prejhudice and its been over 100 years in our courts and needs to cease and desist.. See: ONE HUNDRED YEARS OF RACE AND CRIME 100 J. CRIM. L. & VCRIMINOLOGY 1043.. IN RE POWERS OF COUNTY JUDGES 3 HOW Pr 32 * 1847 * 18 USCA 1514  harrassment .Prisoners SUBSTANTIVE RIGHTS 77 Georgetown Law Journal 1340 .. The elements of offense 58 Am.Jur.2d Obstructing Justice sec. 34..

That the right to counsel is also a dilima because the deponent has always been the criminally accused whom are entitled to the representation and or the assistance of counsel. As the civil litigant from a criminal illegal detention he never lost the right to cxounsel assistance until the courts said he could not have one until he proved his civil matter to have merit.That was proven when the case was called to trial  42 USCA 1982   These discriminatory acts are BLACK CODE VIOLATIONS   Jones v ALfred H. Mayer co. 392 U.S . 409  * 427 *432*433,442 ,* still existing till this date see: NEW YORK RIFLE  & PISTOL ASSOCIATION INC V Bruen 142 S,CT, 2111 *2152 .. as used in Taney's DRED SCOTT DECISION.. U.S. V Vaello Madero 142 S.CT. 1539 * 1548..

Reconstructing the privileges or immunitries clause 101 Yale L.J. 1385 , 1388 Th(1992).. The extension must be granted until the papers are delivered to the deponent or the court is acting with prejudice and thus must take steps to make remedy for the issue : SEE :  28 C.F.R.sec. 4.13 Record of decision.Receipt of documents comprising record: timing and extensuion .

Issued by the

## UNITED STATES DISTRICT COURT

E A S T E R N ········· DISTRICT OF ··· N E W Y O R K

| | |
|---|---|
| B L A K E    W I N G A T E<br>CLAIMANT AT LAW<br><br>V.<br><br>CITY OF NEW YORK    ET.AL.<br>DEFENDANTS | **SUBPOENA IN A CIVIL CASE**<br><br>CASE NUMBER: 2nd Cir: 22 cv 1668<br><br>EASTERN  14 cv 4063<br>DISTRICT |

TO:   OFFICE OF THE COURT REPORTER
      CHIEF CLERK
      225 CADMAN PLAZA EAST
      BROOKLYN NEW YORK 11201

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):   TRANSCRIPTS FOR THE FOLLOWING COUR PROCEEDINGS HELD IN THE EASTERN DISTRICT COURT ON THESE DATES:
APRIL 06 2022        APRIL 14, 2022
APRIL 12 2022        APRIL 18, 2022

| PLACE  Blake Wingate 15A3206 FBIUCN935219IAO 5075369J<br>5 POINTS CORRECTION FACILITY P.O. Box 119<br>6600 STATE ROUTE 96  ROMULUS NEW YORK 14541 | DATE AND TIME<br>February 06,2023<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>BLAKE WINGATE  CLAIMANT AT LAW PRO SE *[signature]* | DATE<br>January 23, 2023 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>BLAKE WINGATE  5POINTS CORRECTION FACILITY  P.O. BOX 119<br>6600 STATE ROUTE 96  romulus new york  14541 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.    E.D.N.Y. 14 cv 4063

( 12 )

Upon an appeal as of right , or an appeal that has been granted to issue. The court has a duty to assure fundamental due process and equal protections see 28 USCA RULE 3 Appeal as of right- How raken and the U.S. Constitution 14, 4,5,6,7,8,9,10 amendments..


The intentional deflection of rights against falsely inaarcerated human beings in a federal court are no different then the JIM CROW disease of the HANGMANS NOOSE. by a hanging judge wirth prejudice, bias , hatred and malice whom situs on the bench amongst his bretherern and spews hatred at all times in his society of friends, and then situs and does the same.The hanging judge was used for cowboys but he was suppossed to be fair Coleman v Balkcom 451nU.S. 949 Note (3)...The use of the poorly tied hangmans noos (e) oe defective electric chair are the same torture of a prejudiced court Arthue v Dunn 137 S.CT. 725 *733 , Chambers v State of Florida 60 S.CTXXX# 472 309 U.S. $&@ , #)( U.S. 227 * 238 and kangaroo court proceedings , Rideau v State of La. ..Skilling 561 U.S. 358 * 2902.

The deponent does not deny any statement he made in the court , nor that of which was publicly printed to wit.

1. kiss my ass

2. shut the fuck up

3. suck my dick

4. When I'm not calm I masterbate and bust off, and I'll bust off in your face ( if I catch you peaking )

5. Put it in your mouth and treat it like a tic tac ( and get a bang out of Life.)

6. You're not here, I can do whatever I want.


These statements were made in a kangaroo court with a magistrate of which had no legal jurisdiction to situs , and he and the corporation coun -sel whom had no legal authority to sit on a case where criminal accusation were made ; was also intentionally disrupting the deponent every time he spoke. They were nothing but ½preserved objections. Nothing more or less.

( 13 )

W H E R E F O R E , the deponent has suffered false imprisonment , theft of moving papers, assault, torture, misappropriation of facts, law and rights, not only by the defendants but also by the COURT. The deception Indicators : The individual and collective attempts to  downplay culpabil -ity in the incidents of the court, The manipulation of walking out the court when the deponent is wheelchair bound, the denial of transcripts to the only plaintiff ogf the case when everyone else has copy except him. The deponent Blake Wingate seeks the relief sought and for such other and further relief as may be deemed as just and proper and in the further -ance of justice, tothe elimination of BLACK CODES in the Courts and the ABUSE OF THE INDIGENT INDIGINEOUS PEOPLES BLACK AND BROWN and for the equity of law that jurisprudence mandates without a hate crime..

SEE EXHIBIT ON PAGE 15.. MEDICAL WHEELCHAIR PERMITS

ALWAYS FAITHFUL,

STATE OF NEW YORK
ROMULUS NEW YORK
January 24, 2023

Blake Wingate
15A3206
5085369J
FBIUCN935219IAO
FIVE POINTS CORRECTION FACILITY
P.O. Box 119
6600 State  Route 96
Romulus , New York
      14541

SWORN TO AFFIRMED BEFORE ME THIS 24 DAY OF JANUARY 2023 IN THE YEAR OF OUR LORD

NOTARY    PUBLIC
ZACHARY NEVIDOMSKY
Notary Public, State of New York
No. 01NE6347915
Qualified in Cayuga County
Commission Expires September 19, 202 ?

( 14 )

E X H I B I T     (A)

2nd Cir: 22-cv-1668
EDNY 14 cv 4063
January 24, 2023
Five Points C.F.
BLAKE WINGATE

**Notice of Electronic Filing**

The following transaction was entered on 4/18/2022 at 9:43 PM EDT and filed on 4/18/2022

**Case Name:** Wingate v. City of New York et al
**Case Number:** 1:14-cv-04063-EK-JRC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Jury Selection continued on 4/18/2022 before Magistrate Judge James R. Cho. Plaintiff Blake Wingate present. Attorneys Christopher G. Arko and Katherine Weall for defendants.**

**In the middle of proceedings, Mr. Wingate walked out of the Courtroom, refused to continue with jury selection, and asked to be brought back to the correctional facility. Defendants thereafter renewed their motion to dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. In light of Mr. Wingate's conduct and defendants' renewed motion, the Court canceled jury selection and excused the jurors. For the reasons stated on the record, the Court recommended dismissal of this action. Written Report and Recommendation to follow. (Court Reporter Jennifer Thun.) (Maneval, Sarah)**

MAGISTRATE JUDGE JAMES   CHO IS A LIER
These medical permits are for my wheelchair. When I came to court it was in a special wheelchair R.A. Bus and I was always pushed in the court and out of the court by Officers MYERS AND SMITH.I N E V E R WALKED OUT OF THE COURTROOM. I was escorted by Myers and SMITH..

Five Points Correctional Facility
Medical Permit-Health Services
Inmate Name Wingate , Blake.
DIN# 15A3206 Location 12·C2- 31R
____cane, Crutches-to be returned____
____ brace, sling, cast
Description Bil wrist splints - Med look
MISC wic any of block , will pushed
RN Signature Afroncisco Date 3/17/22
Expiration date 3 / 7 /23

Five Points Correctional Facility
Medical Permit-Health Services
Inmate Name Wingate , Blake
DIN# 15A.3206 Location 09-A1-17B
____cane, Crutches-to be returned____
____ brace, sling, cast
Description Wheelchair gloves
MISC
RN Signature Milton Date 8/10/02
Expiration date 8/1/23

ALWAYS FAITHFUL  Blake celingate
BLAKE WINGATE FBIUCN935219IAO

SWORN /AFFIRMED BEFORE ME THIS 24 DAY OF
JANUARY 2023 IN THE YEAR OF OUR LORD

_____
NOTARY PUBLIC ZACHARY C VIDOMSKY
Notary Public, State of New York
No. 01NE6347915
Qualified in Cayuga County
Commission Expires September 19, 2024

Five Points Correctional Facility
Medical Permit-Health Services
Inmate Name Wingate , Blake
DIN# 15A.3206 Location 09-A1-17B
____cane, Crutches-to be returned____
____ brace, sling, cast
Description wheelchair for long distance
MISC
RN Signature Milton Date 10/13/22
Expiration date 10/7/23

V E R I F I C A T I O N

STATE OF NEW YORK
COUNTY OF  S E N E C A

January 18, 2023
22cv1668
                Federal Court
14cv4063

I, BLAKE WINGATE    , being duly sworn/affirmed deposes and says that:

I am the petitioner in the above captioned matter, proceeding pro se.

I have read the foregoing petition, motion application and know the

contents by firsthand personal knowledge and they are true and correct

of my own knowledge  except as to the matters that are stated upon in

-formation and belief and that of [which I believe to be true and or

correct.


Always Faithful

*Blake Wingate* (signature)

Blake Wingate
15A3206
FBIUCN935219IAO
5075369J
FIVE POINTS CORRECTION FACILITY
P.O. Box 119
6600 State Route 96
Romulus ,New York
    14541




SWORN TO AND AFFIRMED BEFORE ME THIS __24__ DAY OF JANUARY 2023 IN THE
YEAR OF OUR LORD

COMMISSIONER OF   DEEDS   NOTARY PUBLIC

ZACHARY NE HOMSKY
Notary Public, State of New York
No. 01NE6347915
Qualified in Cayuga County
Commission Expires September 19, 2024



( 16 )

**AFFIDAVIT OF SERVICE**

State of New York )
County of Seneca )ss.:

14cv4063 EDNY
22cv1668 2nd Cir Federal Court

I, _____Blake Wingate_____, being duly sworn deposes and says:

1. That on 01/24/23_____, I did in fact place the designated copies of the following papers in the Mailbox at Five Points Corr. Fac.

    a. 2 affidavits_____    d. motion information statement

    b. verification_____    e. exhibit

    c. affidavit of service_____    f. subpoena

2. Said papers were addressed to the following parties:

**Original and Duplicate(s)**

second circuit_____

40 foley square_____

new york new york 10007_____

**Copy**

CORPORATION COUNSEL_____

100 CHURCH STREET_____

NEW YORK NEW YORK 10007_____

**Copy**

1E.D.N.Y. STENOGRAPHER_____
C/O CLERK OF THE COURT
EASTERN DISTRICT COURT_____
225 CADMAN PLAZA EAST
BROOKLYN NEW YORK_____
11201

Very Truly Yours,

_[signature]_

Five Points Corr. Fac.
State Route 96, P.O. Box 119
Romulus, New York 14541
    Blake Wingate 15 A 3206

Sworn to before me this

18 day of January, 20 27

_[signature]_
    NOTARY PUBLIC

( 17 )

NICHOLAS R SUED
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SU6292956
Qualified in Ontario County
My Commission Expires November 12, 2025

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)**
**FOR PRO SE APPELLANTS**

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL
CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>BLAKE WINGATE<br>　　　　CLAIMANT AT LAW<br>　　AGAIINST<br>CITY OF NEW YORK ET.AL.<br>　　DEFENDANTS | **DISTRICT**<br>EASTERN | **DOCKET NUMBER**<br>14cv4063 / 22cv1668 |
| | **JUDGE**<br>E. Komitee // James Cho | **APPELLANT**<br>BLAKE WINGATE |
| | **COURT REPORTER**　PARISI D.<br>TRICH R./ FRISOLONE A. | **PRO SE APPELLANT**<br>BLAKE WINGATE |

DIAMOND REPORTING　*&&　*&&　877 624 3287

| Check the applicable provision: | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.) |
|---|---|
| ☒ I am ordering a transcript.<br><br>☐ I am not ordering a transcript.<br><br>Reason for not ordering a transcript:<br><br>　☐ Copy is already available<br><br>　☐ No transcribed proceedings<br><br>　☐ Other (Specify in the space below): | APRIL 06 2022　komitee<br>APRIL 12 2022　Komitee ( phone )<br>APRIL 14 2022　CHO　( phone )<br>APRIL 18 2022　CHO<br><br>THESE ARE THE TRANSCRIPTS FOR THE VOIR DIRE PROCEEDINGS OF WHICH ARE THE SUBJECT OF THE APPEAL WHICH HAS BEEN PRESENTED WITHOUT THE USE OF TRANSCRIPTS AS THEY WERE NOT DELIVERED |
| **INSTRUCTIONS TO COURT REPORTER:** | METHOD OF PAYMENT　　☐ Funds　☒ CJA Voucher (CJA 21) |
| ☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**<br><br>☐ **PREPARE TRANSCRIPT OF TRIAL**<br><br>☒ **PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS**<br><br>☐ **OTHER** (Specify in the space below):<br>VOIR DIRE FROM April 6-18 2022 | **DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**<br><br>BLAKE WINGATE 15a3206 5075369J<br>　　　　FBIUCN935219IAO<br>5 POINTS CORRECTION FACILITY<br>P.O. BOX 119<br>6600 STATE ROUTE 96<br>ROMULUS , NEW YORK<br>　14541<br>607 - 869 - 5111<br>THIS MY FOURTH APPLICATION FOR TRANSCRIPTS |

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with
the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the
transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE *Blake Wingate* | DATE<br>　JANUARY 24,Y.O.O.L.　2023 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

BLAKE WINGATE
      CLAIMANT AT LAW
           v.
CITY OF NEW YORK ET.AL.

**CERTIFICATE OF SERVICE***

Docket Number: 22 cv 1668 2nd cir

                 14 cv 4063 E.D.N.Y.

I,   BLAKE WINGATE  , hereby certify under penalty of perjury that
        (print name)
on   JANUARY 24 2023  , I served a copy of MOTION TO EXTEND APPEAL
      (date)
REQUEST WITH SUBPOENA TO PRODUCE TRANSCRIPTS, AND ASSIGN COUNSEL
WITH VERIFICATION, AFFIDAVIT OF SERVICE, AND EXHIBIT OF MEDICAL
PERMITS FOR WHEELCHAIR. (list all documents)
by (select all applicable)**

\_\_\_ Personal Delivery      BW United States Mail      \_\_\_ Federal Express or other
                                           Overnight Courier

\_\_\_ Commercial Carrier      \_\_\_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| 2nd Circuit Court Clerk | 40 FOLEY SQUARE | NEW YORK, | NEW YORK | 10007 |
| CORPORATION COUNSEL | 100 CHURCH STREET | NEW YORK, | NEW YORK | 10007 |
| E.D.N.Y. CLERK/STENOGRAPHER OFFICE | 225 CADMAN PLAZA EAST | Bklyn | N.Y. | 11201 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

January 24, 2023
Today's Date

                                   Signature

Certificate of Service Form (Last Revised 12/2015)



Blake Wingate
DIN 20A2060
SID DOI513 QG6
P.O. Box 119
0600 STATE Rt 96
Romulus N.Y.
14541

Five Points Correctional
Facility
Legal Mail Only

Chief Clerk
U.S. Court of Appeals
2nd Circuit of New York
40 Foley Square
New York, New York
10007

USMAIL
SENT

Five Points
Correctional Facility

#220