BY HAND                                      BLAKE WINGATE          February 17, 2023
                                             15A3206
                                             Five Points Correction
CORPORATION COUNSEL                          P.O. BOX 119
SYLVIA O'HINDS RADIX                         6600 State Route 96
100 CHURCH STREET                            Romulus, New York
NEW YORK, NEW YORK                           14541
    10007

                                                              14cv4063
U.S. 2nd Circuit                                              22 cv 1668
CLERK OF THE COURT                                            22- 90051-jm
40 FOLEY SQUARE                                               22- 90072-jm
New York, New York
    10007            DEMAND FOR TRANSCRIPTS AND MOTION
                     FOR BILL OF COSTS ET.AL.

    STATE OF NEW YORK
    COUNTY OF S E N E C A

    Blake Wingate duly sworn, affirm under penalty of perjury in the United States and the State of New York hereby prays for the relief of an immediate conference to identify why he has not received the transcripts of the proceedings of the VOIR DIRE held in the E.D.N.Y. Court on the following dates, and by preservation order.:

1.  APRIL 06, 2022        Eric Komitee   courtroom
2.  APRIL 12, 2022        Phone Conference   Green Haven    Eric Komitee
3.  APRIL 14, 2022        Phone Conference   Green Haven    James Cho
4.  APRIL 18, 2022        James CHO   Courtroom

That the deponent is located at 5 Points C.F. P.O. Box 119 Romulus New York 14541 and cannot travel to obtain his moving papers.

Please assign a date certain at the Court located at 40 Foley Square New YORK, New York 10007, in the forenoon 10:00 a.m. or as soon thereafter on or about March 03 2023, so the deponent and Corporation Counsel can transfer the transcripts of the VOIR DIRE which were ordered by JUDGE ERIC KOMITEE on the 6th day of April 2022, however the clerk of the Judge Alicia GUy undermined the Judges determination and stated the deponent was not entitled to the copy of the transcripts daily ( AFTER THE JUDGE LEFT THE COURTROOM)

                                    (1)

However Docket <u>357</u> specifically says the deponent was entitled to the transcripts daily, and its been over 10 months and the Corporation Counsel has not turned over the transcripts till this date.

That <u>K. WEALL, C. ARKO, E.B. JACOBS, D.A. COOPER, LD. SANFORD, J. Garcia J.A. GUTTMANN, N. Pellegrino,</u> have failed to issue the transcripts with a pure evil eye, unclean hands and its all recorded on the security cameras of the courtroom. A N D the witnesses present will all be subpoenaed for their testimony of the issue.

THat the Corporation COunsel was not ever suppposed to be in the court in the first place and the undermining of the clerk alicia guy is so suspicious as was the conduct of Magistrate Judge James Cho that the deponent has contacted the UNITED STATES ATTORNEY GENERAL FOR A THROUGH INVESTIGATION..

That the Corporation Counsel and the E.D.N.Y. personnel were sending the deponents legal mail to the 5 points facility while he was in green Haven and other papers weren't even mailed at all.

That said grievances have been filed and are now being updated thereof. All papers from the prior grievances shall be also turned over as per CIVIL RIGHTS CORPS V PESTANA 2022 wl 2118191 , 2022 wl 3445729 , 2022 wl 1422852 , 2022 wl 220020..

That for 9 years Corporation COunsel has been sitting as counsel illegally and their acts amid the present case clearly shows why they kept interrupting the deponent, seeking to take their name off of the caption without a court order, and intimidate Magistrate James Cho.. That the false representation of the defendants in Wingate v City of New York et.al. 14 cv 4063 was never valid N.Y.C.,N.Y. Code sec. 7-103 Corporation Counsel , see also 7-109 , and 7-110 , and General Municipal Law 50-K.. T H A T New York City Department Of Correction staff cannot claim that their acts were part of their duty. , and each officer is a contractor independent of

( 2 )

one another and , each committing the crime of theft of the U.S. Mail delay, obstruction et.al. 18 USCA 1701 et.seq..

Meanwhile the deponent id entitled to his transcripts for the proceed-ings of which are being intentionally held to prevent the deponent from defending his position.

Where Correction Staff are C.O.B.A. represented and they contract with the City, the NEW YORK CITY COTRPORATION COUNSEL CANNOT DECLARE THEM TO BE REPRESENTED WITHOUT THE DECLARATION OF INMDEMNITY.. @&) AD2d 516 However thats for another day..

The premise of this affidavit are that Corporation Counsel Sylvia O'Hinds Radix is the commanding officer in the Corporation Counsel irregardless of whom she assigns to the case. She is the C.E.O... The Court ordered that the deponent receive daily Transcripts in docket # 357 and you as Corporation Counsel are in contempt as you have not conformed to the ORDER OF THE COURT for the whole 10 months since the declaration of the Court..

That your contempt has prevented the deponent from making a sound and com-plete application to the court, of which has been going on for the full 9 years this case has been pending.. Any loss due to the lack of these transcripts will lead to criminal obstruction charges to say the least!

W H E R E F O R E , I Blake Wingate of the County of Queens illegally held hostage in 5 Points C.F. hereby demand that the Court issue mandate to cause the Corporation Counsel to turn over the transcripts of the full VOIR DIRE sessions dated APRIL 06, 12, 13, 14, 18 of 2022 in the Year of Our Lord as ORDERED by Judge Eric Komitee in Dkt # 357 and was un-dermined by Alicia Guy after the Judge left the courtroom and is directly upon security camera for audio and video..That when any court assistant in a Court undermines the ORDERS of the Court to a party to any case .The

( 3 )

Court of review, whether it be the nisi-prisi, appeals or council, It M U S T investigate when subterfuge, obstruction, contempt, perversion of mandates are obstructed in the Court, by Court personnel with out knowledge of the Judge whom situs. That such underhanded matters of which do not appear on the record , but continuously repeated in the record, mandates the internal investigation utilize the security camera for such identification of internal corruption of the judicial process.
 **No judicial officer or official are excused from accepting bribes to twart a case.** See" Matter of JUDGE GARSON 6 NY3d 604, People v Gordon and there's a difference between disciplinary and criminal (BARNES 117ad3d 1203 , CASIANO 117 AD3d 1507)..
* It is a fact that Alicia Guy has been identified in the HABEAS CORPUS CASES OF WHICH WERE EXCESSIVELY DELAYED IN THE EDNY and her own personal case matter see.: IN RE HABEAS CORPUS CASES 298 F.S.2d 303 ET.SEQ,Pasik v Boon Technologies LLC 2021 wl 2434316, Campbell v Fischer 2005 wl2033465. A DIRTY| CLERK IS NO DIFFERENT THEN A DIRTY JUDGE! BOTH GIVE ORDERS!!
* It is a fact that the deponent has made massive requests for the said transcripts and always declared he was denied them by the court in the VOIR DIRE session of which beganon the 06th day of April 2022(Y.O.O.L.) by the judges assistant after the judge left the courtroom. However she issued a paper to the deponent which had nothing about the lack of the right to possess the transcripts. The docket sheet received at 5 points on the 31 DAY OF Jan. IN THE YEAR OF OUR ]LORD 2023 specifically says the corporation counsel as follows: THE DEFENDANTS ARE DIRECTED TO PROVIDE A COPY OF THE TRIAL TRANSCRIPTS OF EACH DAY TRIAL IS HELD(FTR Log # 11:03-12:18.) ( Guy. Alicia) (ENTERED: 04/06/2022) DOCKET 357 ***
That the Corporation Counsel and their assistants have caused enough dis -dain and ill repute to the Circuit and the City of New York by their un due prejudices in litigation against indigent defendants, and were caused

( 4 )

The failure to comply to orders of the Court are the gist of why the deponent is being punished. The very obstructions of Corporation Counsel and the Magistrate, Alicia Guy all participated in this mock trial scenario of which he is defending. Make no doubt about the results. If I lose you lose...

The COurt M U S T ORDER: That the head corporation counsel SYLVIA O'HINDS RADIX and only SYLVIA O'HINDS RADIX immediately distribute to the deponent his copy of the VOIR DIRE TRIAL TRANSCRIPTS WITHOUT ANY FURTHER DELAY.

The Court must ORDER: That the transcripts for the following days be forwarded to the deponent without delay as identified as follows:

    A. APRIL 06, 2022 ( Y.O.O.L.)

    B. APRIL 12, 2022 ( Y.O.O.L.)

    C. APRIL 14, 2022 ( Y.O.O.L.)

    D. APRIL 18, 2022 ( Y.O.O.L.)

A N D , that these transcripts be officially certified ..

A N D , - THAT IF THESE AFOREMENTIONED ARE IN DEED CERTIFIED THEN THE COURT M U S T ORDER : That the transcript already received by the deponent which are not certified also be delivered to him in its due official certification and form for the following date:

    E. APRIL 13, 2022 ( Y.O.O.L.)

The deponent prays that such other and further relief issue as this said U.S. COURT OF APPEALS AND THE JUDICIAL COUNCIL OF THE SECOND CIRCUIT OF THE STATE OF NEW YORK expect the deponent to participate in his own case the deponent has to be respected as any other counsel of record without the continued prejudice that has existed in the posture of this case for the past 9 years...

A N D , The Court MUST O R D E R : The Corporation COUNSEL C.E.O. Ms. SYLVIA O'HINDS RADIX produce the DOCKET # 395 motion filed in the EDNY TO THE DEPONENT BLAKE WINGATE, as the case is in appeal mode and review

The Corporation COunsel assistants have filed motions to the court with out delivery to the deponent as copy.. The deponent is still the PLAINTIFF, PRIVATE ATTORNEY GENERAL, SUI GENEROUS, SUI JURIS, PRO SE CLAIMANT AT LAW , IN THIS CASE AND HE IS ENTITLED TO COPY OF ALL MOTIONS, DECLARATIONS, WRIT, SUBPOENA in this case 14 cv 4063 as it is bonded in his name and steed.. That assistant corporation counsel WEALL, KATHERINE et.al. have all refused to forward the transcripts in contempt of court, then they refuse to turn over the **BILL OF COSTS MOTION**, however prior to this they placed a motion on calendar that the delivery of transcripts to the phone conferances were too expensive for corporation counsel, however they had not one problem to deliver the transcripts uncertified to the deponent on the 18th day of april 2022 in the year of our lord..

When the deponent extracted the transcripts , and returned the actual motion because h e could not respond to their motion at that time based upon his de-tention in **GREEN HAVEN CORRECTION FACILITY ( TRANSIT STATUS )**, they failed to ever return the same to the deponent..Instead MAGISTRATE CHO issued the motion as if he wrote it and added details of fraud to go with it..

W H E R E F O R E , the COURT **MUST O R D E R** , that the Corporation Counsel **SYLVIA O'HINDS RADIX** properly train her subordinates to follow the orders thereof as she is the boss and its nothing to address respondeat sup-erior, its her case and she appointed over 13 assistantr corporation coun-sels to this case. Theres been over 3 Corporation Counsel heads since the case started, and the courts have eliminated them off of the] MAP for lack of integrity...

W H E R E F O R E . The deponent prays for the aforementioned issues to come to light and for such other and further relief including *<u>STAYS</u>* until this issue is settled and for such other and further relief as deemed to be just and proper with the court and the council...

UNDER PENALTY OF PERJURY 18 USCA 1746

ALWAYS FAITHFUL,

_____
BLAKE WINGATE

(6)

## V E R I F I C A T I O N

STATE OF NEW YORK
COUNTY OF S E N E C A

14cv4063
22cv1668
22-90051-jm
22-90072-jm

February 18, 2023
YEAR OF OUR LORD

BLAKE WINGATE, duly affirmed/sworn under the blessings of GOD AND MY COUNTRY, the penalty of perjury 28 USCA 1746, 18 USCA 1001, 18 USCA 1621-1623, Penal Law 210, Exodus 20:16, 23: 1-9 Surah 83 hereby declare, depose and say THAT I, am the petitioner, claimant at law , pro-se and make this verified petition to present to this court amid judicial council for the relief sought, and that I have written and read the foregoing and I know all of the contents to be true and correct upon firsthand personal knowledge and experience, and [all is true and correct , except that of which are duly based upon information and belief and that of which I believe to be true and correct.
ALWAYS FAITHFUL
Blake Wingate

SWORN/AFFIRMED BEFORE ME THIS 16 DAY OF FEB
IN THE YEAR OF OUR LORD 2023

JONATHAN M. HALL
Notary Public, State of New York
No. 01HA6241732
Qualified in Monroe County
Commission Expires July 16, 2023

## A F F I D A V I T   O F   S E R V I C E

STATE OF NEW YORK
COUNTY OF S E N E C A

Blake Wingate duly sworn/affirmed under penalty of perjury in the U.S.& the State of New york from the location of 5 Points C.F. P.O. Box 119, 6600 State ROUTE 96, Romulus ,New York 14541 has placed the annexed affidavits, petition, verification, title page and indexed notifications in the said envelope addressed to the parties listed herein for immediate first class mail DELIVERY to the following locations for expedient relief:

U.S. COURT OF **APPEALS** of 2nd CIRCUIT , 40 FOLEY SQUARE N.Y.N.Y. 10007

JUDICIAL COUNCIL OF THE SECOND CIRCUIT  40 FOLEY SQUARE N.Y.N.Y. 10007

U.S. E.D.N.Y. COURT  225 Cadman Plaza East Brooklyn N.Y. 11201

Corporation Counsel (NYC) 100 CHURCH STREET  N.Y.N.Y. 10007
WITNESS: M.A.I.N.  You Tube , THE PEOPLE ...

Always Faithful,

Blake Wingate of the
QUALIMINQUIZ GROUP
5 Points C.F.
P.O. BOX 119
6600 state route 96
Romulus, New York
14541

AFFIRMED / SWORN TO BEFORE ME THIS
18 DAY OF FEBRUARY 2023 IN THE
YEAR OF OUR LORD

NOTARY PUBLIC
JONATHAN M. HALL
Notary Public, State of New York
No. 01HA6241732
Qualified in Monroe County
Commission Expires July 16, 2023

( 7 )



**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Blake Wingate   DIN: 13A3206   LOC: ___

neopost
02/22/2023
US POSTAGE $000.21
ZIP 14541
041M11272007

U.S. 2nd Circuit
Judicial Council
40 Foley Square
N.Y., N.Y. 10007

Five Points
Facility
Legal Mail Only