# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 1:14-cv-8065/22-1668/07-22-06051-ja

**Caption [use short title]**

**Motion for:** EMERGENCY INJUNCTION PENDING APPEAL AND PROCESS

(1) BLAKE WINGATE
CLAIMANT AT LAW

AGAINST
CITY OF NEW YORK, et al.
DEFENDANTS

**Set forth below precise, complete statement of relief sought:**

To prevent manifest scrutiny of the complete federal court system in N.Y. where a Magistrate was allowed to be a U.S.A.G. Assistant on cases his office works on while he sits on the bench obstructing civil and criminal cases.

(2) IN THE MATTER OF DISCIPLINARY MISCONDUCT PROCEEDINGS OF DUALITY IMPOSTURE OF JAMES R. CHO AS MAGISTRATE AND UNITED STATES ASSISTANT ATTORNEY GENERAL ON CIVIL AND CRIMINAL CASES AT THE SAME TIME..

RECEIVED
23 MAR 23 PM 3:18
U.S. COURT OF APPEALS
SECOND CIRCUIT

**MOVING PARTY:** BLAKE WINGATE  **OPPOSING PARTY:**

- [ ] Plaintiff   - [ ] Defendant
- [x] Appellant/Petitioner   - [ ] Appellee/Respondent

**MOVING ATTORNEY:** BLAKE WINGATE  **OPPOSING ATTORNEY:** Jamison Davies

BLAKE WINGATE, ORAL IMINQUIZ GROUP
14A3256 6 POINTS C.F.
P.O. BOX 119/6600 State Route 96
ROMULUS, NEW YORK 14541

JAMISON DAVIES CORPORATION COUNSEL
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**Court-Judge/Agency appealed from:** U.S.D.C. COURT  JUDGE ERIC KOMITEE

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes   - [ ] No (explain): _____

Opposing counsel's position on motion:
- [ ] Unopposed   - [ ] Opposed   - [x] Don't Know
Does opposing counsel intend to file a response:
- [ ] Yes   - [ ] No   - [x] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? [x] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [x] No
Requested return date and explanation of emergency: TO PREVENT STATEWIDE/WORLDWIDE EMBARRASSMENT & SCRUTINY OF THE JUDICIARY IN NEW YORK FEDERAL COURT SYSTEM IN THE INTEREST OF JUSTICE APRIL 06, 2023 (T.O.O.L.)
EXHIBITS ATTACHED OR ON FILE......

Is oral argument on motion requested? [x] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [x] No  If yes, enter date:_____

**Signature of Moving Attorney:**
_[signature]_  Date: 03-17-23  Service by: [ ] CM/ECF [x] Other [Attach proof of service]

SEE: MOTHERS AGAINST INSTITUTIONAL NEGLIGENCE
U-TUBE  PRISON X #1 DR. STRANGE

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT NEW YORK
UNITED STATES EASTERN DISTRICT COURT FOR NEW YORK
JUDICIAL COUNCIL FOR DISABILITY AND MISCONDUCT

---

BLAKE WINGATE OF THE QUALIMINQUIZ GROUP

        CLAIMANT AT LAW / APPELLANT/ GRIEVANT

VS

C I T Y  O F  N E W  Y O R K  ET.AL.
            DEFENDANTS

AND

MAGISTRATE JAMES R. CHO / U.S. ATTORNEY GENERAL ASSISTANT JAMES R. CHO

---

STATE OF NEW YORK
COUNTY OF  S E N E C A

22-1668
14cv4063
02-22-90051-jm

E M E R G E N C Y  C O N F E R E N C E  R E Q U E S T

Blake Wingate the claimant at law, appellant, and grievant herein has to make this EMERGENCY CONFERENCE/HEARING request in order to settle the said records of the three aforementioned index and dockets as there are serious improprieties of which are occuring while the litigation of these matters are on clocked calendar of the following Courts located as follows:

1. EASTERN DISTRICT COURT 225 CADMAN PLAZA EAST, BROOKLYN, NEW YORK 11201.

2. UNITED STATES COURT OF APPEAL SECOND CIRCUIT 40 FOLEY SQUARE , NEW YORK NEW YORK 10007.

3. JUDICIAL COUNCIL FOR DISABILITY AND MISCONDUCT @ 40 FOLEY SQUARE , NEW YORK , NEW YORK 10007

That these 3 Judiciary Municipalities, Entities, are all connected by (1) common denominator.. That each session in each of the aforementioned are based upon the motion practice and participation of Blake Wingate. That , in each case the deponent Blake Wingate was and still are in need of the Court Transcripts thereof. EXTREME COMPELLING CIRCUMSTANCES

( 1 )

## EMERGENCY CONFERENCE HEARING INJUNCTION

Extraordinary compelling circumstances extreme with ambiguity and cause for an Emergency Conference or Hearing to deem the matter resolved and placed back on the calendar with good faith, and an O R D E R for the Next JUDGE to review the whole case, and make orders to address the un-due improprieties, and allegations in reference to the appearance of impropriety in this case.

To go further, this 2nd circuit, and the Judiciary council will have to be **compelled to remove james r. cho** from the judgeship and the U.S.A.G. office and **REVIEW EVERY CASE HE SITUS SINCE HE CARRIED THE DUALITY OF** Magistrate and U.S. ASSISTANT ATTORNEY GENERAL DURING THE SAME PERIOD.

### CRIMINAL COURT POSTURE

In criminal court cases he favored the prosecutions, his record and the records in those cases will show a directed pattern of his improvident impropriety thereof.

### CIVIL CASE POSTURE

In civil court cases he took to the defendants whom were city, state or federal officials, public officers and the like, in discovery et.al. and will show a directed pattern of his improvident impropriety thereof.

A judge/MAGISTRATE cannot escape the criminal responsibility of their actions in peonage violations see. PEONAGE CASES 123 f 671*8*...and in awe of the matter where he has completely abused his discretion, jurisprudence, integrity of the court, jurisdiction to situs and intentionally led the deponent into a setup before him and others in his court, when he had a duty and every chance to recuse himself, he chose to move to dismiss the case, with prejudice, when he was the one acting viciously with preju-dice... A N D he picked a Batson violation jury pool with no black or puerto rican males in that Pool..I do not need cases or statutes for this point...YOU GET THE MESSAGE LOUD AND CLEAR..

( 2 )

On April 06, 2022(Y.O.O.L.) the Honorable Judge Eric Komitee entered in the record that the deponent would be able to receive daily transcripts. However this statement was unheard by the deponent in the courtroom, but it was placed in the docket (3) part determination and mailed to his primary facility 5 Points C.F...At the day and time the deponent was not in 5 Points, but was in transit at GREEN HAVEN, and was supposed to be transported to a NEW YORK CITY SUITABLE FACILITY FOR THE DURATION OF THE TRIAL..see : HABEAS CORPUS AD TESTIFICUM... **XCOMPELLING CIRCUMSTANCESX** However, on the same date thereof, ALISIA GUY spoke to the deponent behind JUdge Eric Komitee back, after he left the courtroom and stated that the deponent **would not be entitled to any transcripts of the voir dire.** At the VOIR DIRE, the U.S. MAGISTRATE / U.S. ASSISTANT ATTORNEY GENERAL, JAMES R. CHO sat upon the bench, although the U.S. ATTORNEY OFFICE ARE LIST -ed as a defendant in this case before the E.D.N.Y. 14 cv 4063(EK)(JC) see docket sheet. **EXTREME COMPELLING CONTINUOUS CIRCUMSTANCES** Irregardless of this serious miscarriage of justice, for the past 11!5 said months the deponent has been denied the very same transcripts to appeal the determination illegally made by MAGISTRATE/ ASSISTANT ATTORNEY GENERAL JAMES R. CHO on the matter of 14 cv 4063... A N D **he was never consented to be on the case by not one party of the defense or the plaintiff.**

H O W E V E R

The deponent has to receive the transcripts of the April 14, 2022(Y.O.O.L.) in order to be able to complete his appeal, and his grievances, and receive his reinstatement to the lower court calendar, unless the lower court conced -es to the issue and we can approach this on a more professional level..The cause and pretence of an **EMERGENCY MOTION APPLICATION** are to cause and present a viable resolution to an ideal issue novel and deemed of **STATEWIDE INTEREST**, and the embarrassment of the judiciary for impropriety et.al.

( 3 )

THIS WHOLE CASE HAS BEEN A MORELL VIOLATION AGAINST INDIGENT PROse PARTIES. In April 18, 2022(YOOL) the deponent was served by corporation counsel for a rule 41 motion. The deponent took the April 13, 2022(YOOL) transcript out of the motion and returned the motion to the corporation counsel for the following reason: **EXTREME COMPELLING CIRCUMSTANCES CONTINUOUS IN FACT.**

1. he was unable to have access to the ;law library to research the said issues and present the proper argument thereof.

Upon notification of this issue the deponent was transferred back to the primary facility 5 Points , instead of being released, as he is in prison without an indictment, a reduced indictment or a grand jury indictment.

That while the deponent was in 5 Points and Green Haven he continued to communicate with Judge Eric Komitee allowing him to be aware of the said extraordinary cumulative controversial circumstances and the ambiguity of the issues at hand. ** EXTREME COMPELLING CIRCUMSTANCES **

That the deponent was finally served with the application , but now it was by **JAMES CHO** and none came from the Corporation Counsel till this day. The court are fully aware the corporation counsel did not reserve as the court has not ever requested their rebuttal and or made an order upon the original filing thereof. ** EXTREME COMPELLING CIRCUMSTANCES **

That once this occured the deponent was told the case is dismissed. However he never erronously or otherwise received any transcript as ordered on 6th April 2022(YOOL) by Judge Eric Komitee, which is very suspicious..

**FOR 11'5 months while the appeal was pending, while the grievance was pending the EDNY AND THE 2nd Cir. denied the deponent his transcripts .At the same time ..** Corporation COunsel snuck in and filed for **BILL OF COSTS. without serving upon the deponent.. THIS IS ILLEGAL..**

The deponent has always argued that Corporation Counsel, the U.S. A.G. offi -ce cannot represent the defendants because they are also claimed to have committed a crime, and until all facts of record are reviewed , they are nigh to represent them as a matter of law for over 100 years. see :

( 4 )

Donahue v Keeshan 91 AD 602( 1904 ) and thus with this case alone the acts of the Corporation Counsel and the NEW YORK CITY CODES, AND THE ADMINISTRATIVE CODES OF THE CITY OF NEW YORK, AND THE NEW YORK CITY CHARTER, detail exactly why Corporation Counsel cannot represent the de-fendants, why JAMES CHO cannot sit as Judge and Counsel on the same case whether personally or by office, and that the Court couldn't start any particular of a trial without service upon all of the defendants... Thus a mock trial, moot court proceeding cannot cause a case to be dismissed in any WORLD, THIRD WORLD , OR ESPECIALLY IN THESE UNITED STATES.. Not in my County of Q U E E N S or B R O O K L Y N where I've spent most of my life...

WHEREFORE, an E M E R G E N C Y  C O U R T  H E A R I N G must issue as there are too much confusion and the confusion are being made by the court to cause ambiguity thereof... TO WIT:

1. DEFENDANTS WERE DISMISSED WITHOUT BEING SERVED.
2. TWO JUDGES RECUSED THEMSELVES, ONE BECAUSE SHE WAS A FORMER MEMBER OF CORPORATION COUNSEL.
3. THE OTHER AS SHE REFUSED TO SIT AS AN APPELLATE JUDGE OVER ONE OF HER COLLEGUES.
4. ONE MAGISTRATE JUDGE RECUSED HERSELF.
5. THE PEONAGE CHARGES WERE DISMISSED ALTHOUGH THE DEPONENT IS STILL IN-CARCERATED ILLEGALLY.
6. DISCOVERY WAS NEVER ,EVER COMPLETED ALTHOUGH THE DEPONENT COMPLAINED BEFORE IT WAS DEEMED COMPLETE, HE WAS NOT AT ALL HEARD FOR HIS SAID MANDATED ISSUE OF COMPULSORY PROCESS.
7. SERVICE WAS DELAYED BY THE DEFENDANTS FOR OVER 2½ YEARS AND NON-COMPLIAN TO THE **DINKINS/VALENTIN HEARING IS A REMEDY THE COURT M U S T   VENTURE.**
8. THE COURT ENTERED A NUNC-PRO-TUNC DECISION OF WHICH WAS PRECEDENTED TO BE INOPERABLE
9. THE COURT AGREED TO INTERVENE WHEN THE DEPONENTS LEGAL PROPERTY WAS STOLEN BY NYSDOCCS AND NEVER DID.
10. DEPONENT WAS DENIED **RIGHT TO ASSISTANCE OF COUNSEL** ALTHOUGH HE MADE IT TO TRIAL.

( 5 )

12. CORPORATION COUNSEL HAS NOT BEEN LEGALLY GRANTED INDEMNITY TO DEFEND THE OTHER DEFENDANTS.

13. RIGHTS AND PRIVILEGES WERE DENIED AND MISINTERPRETED BY THE COURT CREATING AMBIGUITY.

14. **FULL TRANSCRIPTS HAVE BEEN WITHHELD, DENIED AND HIDDEN DURING THE APPEAL PREVENTING THE DEPONENT TO MAKE A FULL RECORD IN HIS DEFENSE WITH UNDUE EXTREME PREJUDICE.**

15. DEPONENT HAS BEEN DENIED THE RIGHT TO VOTE FOR THE PAST 9.5 YEARS.

16. THE COURT FAILED TO BIFURCATE THE ISSUES AND RELEASE THE DEPONENT AS HE IS STILL ILLEGALLY CONFINED, AND PEONAGE IS ONE OF THE ORIGINAL CHARGES.

17. THE COURT CAN BE seen as acting with extreme prejudice upon the said aforementioned matters et.al.

18. MAGISTRATE/ATTORNEY GENERAL ASSISTANT DENIED ALL OF THE ABOVE EVEN AFTER THE CLAIMANT AT LAW ADDRESSED THEM AFTER THE THREE RECUSALS BASED UPON 9 OUT OF 10 OF THE ISSUES MENTIONED.

19. MAGISTRATE /ASSISTANT ATTORNEY GENERAL TOOK DEFENDANTS OFF OF THE CASE WITHOUT AUTHORITY OF THE SITTING JUDGE, THIS WAS AT VOIR DIRE IN WHICH HE WAS NOT CONCEDED TO SITUS.& ALLOWED DEFENSE TO USE <u>PHONES IN COURT.</u>

20. MAGISTRATE/ASSISTANT ATTORNEY GENERAL SAT ON CASE HIS OFFICE IS STILL REGISTERED AS REPRESENTING, AND MADE DECISIONS WITH PREJUDICE AGAINST THE DEPONENT AS A GIFT TO THE DEFENDANTS WITH EXTREME PREJUDICE.

21. JUDGES CLERK UNDERMINED COURTS ORDERS MORE THEN ONCE AND ON CAMERA.

**WHEREFORE,** To list the issues as they are are enough but there are more of which clearly establish extreme prejudice against=ppoose litigant Blake Wingate, known to be indigent, with mental health and medical health issues & SAID MAGISTRATE /ASSISTANT ATTORNEY GENERAL also stated false facts in order to secure a dismissal. The deponent prays for an EMERGENCY HEARING IN ORDER TO REVERSE THE PRECEDENT WITHOUT EMBARRASSMENT TO THE JURISPRUDENCE TO THE JUDICIARY, IN THE FURTHERANCE OF JUSTICE JURISDICTION AND FULL DISCRETION OF ALL OF THE AFOREMENTIONED COURTS, AND COUNCILS.... AND FOR SUCH OTHER AND FURTHER RELIEF AS SHALL BE DEEMED JUST, PROPER AND EQUITABLE!!!

SWORN TO BEFORE ME THIS 17 DAY OF MARCH 2023 IN THE YEAR OF OUR LORD

NOTARY PUBLIC
JONATHAN M. HALL
Notary Public, State of New York
No. 01HA6241732
Qualified in Monroe County
Commission Expires July 16, 2023

ALWAYS FAITHFUL,
BLAKE WINGATE
PREUCN925219IAO
5075369J 15A3206
5 POINTS C.F.

( 6 )

14cv4063
02-22-90051-jm

## VERIFICATION

MARCH 17, 2023

State of New York )
County of Seneca )ss.:

I, \_\_\_\_BLAKE WINGATE\_\_\_\_, being duly sworn, deposes and says that: I am the petitioner in the above captioned matter, proceeding pro-se. I have read the foregoing petition/motion, and know the contents, and the contents are true of my own knowledge except as to those matters that are stated upon information and belief, and as to those matters, I believe the contents to be true.

Respectfully Submitted,

*[signature]*

Petitioner/Defendant Pro-se
Five Points Corr. Facility
State Route 96, P.O. Box 119
Romulus, New York 14541-0119
Blake Wingate
15A3206
5075369J
FBIUCN935219IA0

Sworn to before me this
17 day of MARCH, 2023

*[signature]*
NOTARY PUBLIC

JONATHAN M. HALL
Notary Public, State of New York
No. 01HA6241732
Qualified in Monroe County
Commission Expires July 16, 2023

(7)