CR
JM

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**  return conformed copy

**Docket Number(s):** 22 cv 1668  =  **Caption [use short title]**

**Motion for:** FIRST ADDENDUM TO DIRECT APPEAL
JANES R. CHO acting MAGISTRATE &  BLAKE WINGATE
U.S. ATTORNEY GENERAL ASSISTANT EDNY  VS
 THE CITY OF NEW YORK et.al.

**Set forth below precise, complete statement of relief sought:**
COMBINE ADDENDUM WITH DIRECT APPEAL
FOR RELIEF OF REVERSE MANDATE OF
DISMISSAL OF 14 cv 4063 and such
other relief deemed as just &
PROPER. CORPORATION COUNSEL IN
CONTEMPT FAILURE TO RELEASE ALL TRANSCRIPTS

**MOVING PARTY:** BLAKE WINGATE   **OPPOSING PARTY:** CORPORATION COUNSEL
[XX] Plaintiff  [ ] Defendant
[XX] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Blake Wingate   **OPPOSING ATTORNEY:** JAMISON DAVIES
[name of attorney, with firm, address, phone number and e-mail]
BLAKE WINGATE QUALIMINQUIZ GROUP   CORPORATION COUNSEL JAMISON DAVIES
5 POINTS CORRECTION FACILITY   100 CHURCH STREET
P.O. BOX 119 // 6600 STATE ROUTE 96   N.Y. N.Y. 10007
ROMULUS, NEW YORK 14541

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [X] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [X] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? [XX] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [XX] No If yes, enter date: _____

**Signature of Moving Attorney:** _[signature]_  **Date:** March 15, 2023 (YOOL)  **Service by:** [ ] CM/ECF [XX] Other [Attach proof of service]  U.S. MAIL

[Stamp: RECEIVED 2023 MAR 24 PM 4:11 CLERK'S OFFICE U.S. COURT OF APPEALS]

Form T-1080 (rev. 12-13)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): __22 cv 1668__        Caption [use short title]

Motion for: __addendum to direct appeal__

~~JAMES R. CHO acting as MAGISTRATE AND~~
U.S. ATTORNEY GENERAL IN CASE..

Set forth below precise, complete statement of relief sought:

combine addendum with direct appeal
~~for relief of reverse mandate [of~~
~~dismissal of case 14cv4063   and~~
such other and further relief deemed
~~just and proper.  Corporation Counsel~~
~~in contempt ,failure to release transcripts~~

BLAKE WINGATE

VS

THE CITY OF NEW YORK ET. AL.

*RECEIVED 23 MAR -7 AM 9:09*

MOVING PARTY: __BLAKE WINGATE__   OPPOSING PARTY: __CORPORATION COUNSEL__
[x] Plaintiff  [ ] Defendant
[x] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY: __BLAKE WINGATE__   OPPOSING ATTORNEY: __Asst. Corporation Counsel__
[name of attorney, with firm, address, phone number and e-mail]

BLAKE WINGATE                         SYLVIA )'HINDS- RADIX
FIVE POINT CORRECTION FACILITY        CORPORATION COUNSEL
POBOX 119   6600 state riute 96       100 CURECH STREET
ROMULUS NEW YORK   14541              NEW YORK, NEW YORK   10007

Court-Judge/Agency appealed from: _____

Please check appropriate boxes:                               FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                                              INJUNCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):    Has request for relief been made below?   [ ]Yes [ ]No
 [x]Yes [ ]No (explain):___                                   Has this relief been previously sought in this Court? [ ]Yes [ ]No
                                                              Requested return date and explanation of emergency:___
Opposing counsel's position on motion:
 [ ]Unopposed [ ]Opposed [x]Don't Know
Does opposing counsel intend to file a response:
 [ ]Yes [ ]No [x]Don't Know

Is oral argument on motion requested?   [x]Yes [ ]No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ]Yes [x]No  If yes, enter date:___

Signature of Moving Attorney:
_Blake Wingate_  Date: __February 28 2023(YOOL)__   Service by: [ ]CM/ECF  [x]Other [Attach proof of service]

Form T-1080 (rev. 12-13)

RECEIVED
23 MAR -7 AM 9:09
U.S. COURT OF APPEALS
SECOND CIRCUIT

BLAKE WINGATE

    Plaintiff-Appellant

vs.

CITY OF NEW YORK
CORPORATION COUNSEL
C.O. WALLACE No: 14135   R.N.D.C. MAILROOM
C.O. HALL No: 13815   R.N.D.C. MAILROOM
C.O. STANTON No: 12691   R.N.D.C. MAILROOM
C.O. DELPHENA No: 9040   R.N.D.C. MAILROOM
WARDEN PERINO   R.N.D.C.
DEPUTY WARDEN JENNINGS   R.N.D.C.
WARDEN YOLANDA CANTY   G.R.V.C.
MR. SMITH   G.R.V.C.
R.I.G.C. CLERK
R.I.G.C. SUPERVISOR
C.O. FEASTER No: 9824   A.M.K.C. MAILROOM
c.o. burke No:   A.M.K.C. MAILROOM
DEPUTY MATTHEWS   G.R.V.C.
MS. PADMORE   R.N.D.C. I.G.R.C.
O.B.C.C. TELEPHONE MONITOR
C.O. CALDWELL
C.O. GREENE No: 15436   A.M.K.C. MAILROOM
D.O.C. JOHN AND JANE DOE
ALL PROGRAM CAPTAINS FOR A.M.K.C. JOHN AND JANE DOE
ALL PROGRAM CAPTAINS FOR O.B.C.C. JOHN AND JANE DOE
ALL PROGRAM CAPTAINS FOR G.R.V.C. JOHN AND JANE DOE
ALL PROGRAM CAPTAINS FOR R.N.D.C. JOHN AND JANE DOE
C.O. S. JENKINS No: 14954 R.N.D.C. LAW LIBRARY
O.B.C.C. MAIL CLERKS
THOMAS SCULLY DIRECTOR OF RIKERS ISLAND CENTRAL CASHIER
CIVILIAN MS. JOHNSON   A.M.K.C. MAILROOM CLERK
C.O. BURDICK No: 18861 R.N.D.C. LAW LIBRARY
C.O. BROWN R.N.D.C. GYM?PROGRAMS ESCORT
ASSISTANT CHIEF OF DIVISION 3 CANTY
C.O. SMITH A.M.K.C. MAILROOM
ZACHARY CARTER CORPORATION COUNSEL
    DEFENDANTS

A D D E N D U M
FEBRUARY 27, 2023

INDEX: 2022-1668

e.d.n.y. 2014cv4063

*************************
*THIS ADDENDUM GOES TO
*THE DIRECT APPEAL OF
*WHICH WAS NOT RESPONDED
*TO, AND WAS FILED WHEN
*THE EXTENTION WAS ALSO
*REQUESTED BUT DENIED
*AND THEN STRICKEN FROM
*THE DOCKET ALTHOUGH
*CORPORATION COUNSEL ARE
*IN CONTEMPT FOR NEVER
*PRESENTING THE MINUTES
*AS ORDERED BY JUDGE
*ERIC KOMITEE ON THE
*6th DAY OF APRIL 2022
*IN THE YEAR OF OUR LORD
*
*    A N D
*
*THIS ADDENDUM ALSO GOES
*TO THE DISCIPLINARY
*FOR THE APPROPRIATE
*MAGISTRATE/U.S.ATTORNEY
*GENERAL ET.AL.
*SCHEDULED TO BE HEARD.
*************************
  ADDENDUM
 02-22-90051-jm
 02-22-90072-jm

---

14 cv 4063

Plaintiff   Blake Wingate    represented by    Blake Wingate
                             15A3206
                             5 Points C.F.
*[signature: Pro Se Conformed Copy]*
                             p.o. box 119
                             6600 state route 96
                             Romulus, New York
                               14541

Defendants   CITY OF NEW YORK    Represented by    DAVID ALLEN COOPER
                             DOJ-USAO
                             U.S.ATTORNEY OFFICE
                             E.D.N.Y.
                             271-A CADMAN PLAZA
                             7th FLOOR
                             BROOKLYN, NEW YORK
                             11201

## VERIFICATION

22-1668

ADDENDUM
CONTEMPT ISSUE

State of New York)
County of Seneca)ss.:

I, __Blake Wingate__, being duly sworn, deposes and says:

I am over the age of 18 and reside at Five Points Correctional Facility.

I am the above named claimant, and I have read the foregoing claim against the State of New York and know its contents; the same is true to my knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

Very truly yours,

Claimant   Blake Wingate
Five Points Correctional Facility
P.O. Box 119   15A3206
Romulus, New York 14541

Sworn to before me this 6
day of March, 2023

NOTARY PUBLIC

ROY D BABCOCK
Notary Public, State of New York
Reg. No. 01BA6403665
Qualified in Seneca County
Commission Expires 02/03/2024

## AFFIDAVIT OF SERVICE

State of New York )
County of Seneca  )ss.:

22-1668
MARCH 07, 2023
addendum contempt issue

I, __BLAKE WINGATE__, being duly sworn deposes and says:

1. That on 3/27/23, I did in fact place the designated copies of the following papers in the Mailbox at Five Points Corr. Fac.

   a. MOTION INFORMATION SHEET T-1080- local rule 27.1
   b. verification
   c. affidavit of service

2. Said papers were addressed to the following parties:

**Original and Duplicate(s)**

UNITED STATES COURT OF APPEALS
CLERK OF THE COURT
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007

**Copy**

EASTERN DISTRICT OF NEW YORK
@225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

**Copy**

ATTORNEY GENERAL
25 LIBERTY STREET
NEW YORK, NEW YORK 10004

Very Truly Yours,

[signature]

Five Points Corr. Fac.
State Route 96, P.O. Box 119
Romulus, New York 14541
Blake Wingate 15A3206

Sworn to before me this

__2__ day of __April__, 2023

NOTARY PUBLIC

R__ D BABCOCK
Notary Public, State of New York
Reg. No. 01BA6403665
Qualified - Seneca County
Commission expires 02/03/2024

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION: SECOND CIRCUIT UNITED STATES
UNITED STATES EASTERN DISTRICT
STATE OF NEW YORK

BLAKE WINGATE

v.

CITY OF NEW YORK et.al.

**CERTIFICATE OF SERVICE***

Docket Number: 22cv1668

I, __BLAKE WINGATE__, hereby certify under penalty of perjury that
(print name)
on __03/07, 2023__, I served a copy of __addendum to direct__
(date)
__appeal, affidavits, exhibits, verification, motion information sheet, affidavit of service__
(list all documents)

by (select all applicable)**

___ Personal Delivery        _bw_ United States Mail        ___ Federal Express or other Overnight Courier

___ Commercial Carrier       ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| UNITED STATES COURT OF APPEAL | 40 foley square | N.Y. | N.Y. | 10007 |
| U.S. EASTERN DISTRICT COURT | 225 CADMAN PLAZA EASE | Bklyn | B.Y. | 11201 |
| corporation counsel | 100 CHURCH STREET | N.Y. | N.Y. | 10007 |
| ATTORNEY GENERAL | 25 LIBERTY STREET | N.Y. | N.Y. | 10004 |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

MARCH 15 2023
Today's Date

_[signature]_
Signature

Certificate of Service Form (Last Revised 12/2015)



**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: [signature] DIN: 15A3208

03/20/2023 US POSTAGE $000.21
ZIP 14541
041M11272007

U.S. 2nd Circuit
Clerk of The Court
40 Foley Square
New York, New York
7J007

Five Points Correctional
Facility
Legal Mail Only

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM
NAME: [signature] DIN: 15A3208