E.D.N.Y. – Bklyn.<br>
14-cv-4063<br>
Komitee, J.<br>
Cho, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of April, two thousand twenty-three.

Present:
    José A. Cabranes,
    Gerard E. Lynch,
    Raymond J. Lohier, Jr.,
        *Circuit Judges*.

_____

Blake Wingate,

        *Plaintiff-Appellant*,

v.                                                                                     22-1668

City of New York, et al.,

        *Defendants-Appellees*,

Correction Officer Smith, A.M.K.C. Mail Room,

        *Defendant*.

_____

Appellant, pro se, moves for appointment of counsel, transcripts, "addendum to direct appeal," an emergency injunction, an emergency conference, and to extend the time to perfect his appeal. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

                                              FOR THE COURT:
                                              Catherine O'Hagan Wolfe, Clerk of Court

