Blake Wingate
#15-A-3206
Five Points Correctional Facility
State Route 96
P.O. Box 119
Romulus, NY 14541

RECEIVED
2023 MAY -3 PM 2:34
U.S. COURT OF APPEALS

E.D.N.Y. – Bklyn.
14-cv-4063
Komitee, J.
Cho, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of April, two thousand twenty-three.

Present:

    José A. Cabranes,
    Gerard E. Lynch,
    Raymond J. Lohier, Jr.,
        *Circuit Judges.*

---

Blake Wingate,

        *Plaintiff-Appellant*,

v.                                 22-1668

City of New York, et al.,

        *Defendants-Appellees*,

Correction Officer Smith, A.M.K.C. Mail Room,

        *Defendant.*

---

Appellant, pro se, moves for appointment of counsel, transcripts, "addendum to direct appeal," an emergency injunction, an emergency conference, and to extend the time to perfect his appeal. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

                                                    FOR THE COURT:
                                                    Catherine O'Hagan Wolfe, Clerk of Court



**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: April 27, 2023
Docket #: 22-1668pr
Short Title: Wingate v. City of New York

DC Docket #: 14-cv-4063
DC Court: EDNY (BROOKLYN)
DC Judge: Komitee
DC Judge: Cho

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.



LEGAL MAIL – Open only in the presence of the Inmate.
See 28 C.F.R. 540.18, 540.19(a), 540.2(c).



CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS